BOYD, Appellant, v. BUFFALO STEAM ROLLER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Donald D. Boyd against

the Buffalo Steam Roller Company. No opinion. Order (87 Misc. Rep. 20, 149 N. Y. Supp. 1050) affirmed, with $10 costs and disbursements. See, also, 162 App. Div. 926, 147 N. Y. Supp. 1100.